AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the Central District of California___ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:19-cv-5662 | DATE FILED<br>6/28/2019 | U.S. DISTRICT COURT<br>for the Central District of California | |
|---|---|---|---|
| PLAINTIFF<br>AQUA CONNECT, INC., a Nevada corporation, and STRATEGIC TECHNOLOGY PARTNERS, LLC, a Nevada limited liability company, | | DEFENDANT<br>SHI INTERNATIONAL CORP. and TEAMVIEWER GMBH, | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  RE46,386 | 5/2/2017 | AQUA CONNECT, INC., and STRATEGIC TECHNOLOGY PAR | |
| 2  8,924,502 | 12/30/2014 | AQUA CONNECT, INC., and STRATEGIC TECHNOLOGY PAR | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Civil Minutes of 12/16/2019, denying Defendants' Motion to Dismiss or Stay the Case Under the "First to File" Rule, and Transferring the Case to the District of Delaware Under the "First to File Rule." |

| CLERK<br>KIRY K. GRAY | (BY) DEPUTY CLERK<br>G. Kami | DATE<br>12/17/2019 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy